# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RYAN M. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CA 13-0615-CG-C |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 29, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 13th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE