IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYAN M. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CA 13-0615-CG-C |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $3,491.51 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE and ORDERED** this 13th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE